IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN L. MCNEALY,

    Plaintiff,

    v.                                                 Case No.  20-cv-40-bbc

SAM VAN GALDER, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Sam Van Galder, Inc. against plaintiff Brian L. McNealy dismissing this case.

    s/ K. Frederickson, Deputy Clerk           April 6, 2021
    Peter Oppeneer, Clerk of Court                  Date